In the Matter of NATHAN G. ARMSTRONG, Doing Business as ARMSTRONG'S BAR AND GRILL, Petitioner, v. DONALD S. HOSTETTER, et al., constituting the New York State Liquor Authority, Respondents. — GABRIELLI, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.